IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MATTHEW WHITTAKER                                                    PLAINTIFF

v.                              Case No. 4:24-cv-00960-KGB

BIG RIVER STEEL, LLC                                                 DEFENDANT

## ORDER

Before the Court is Richard N. Watts's motion to withdraw as counsel for plaintiff Matthew Whittaker (Dkt. No. 15).  Mr. Watts states that Mr. Whittaker will continue to be represented by other counsel of record (*Id.*, ¶ 1).  For good cause shown, the Court grants the motion and relieves Mr. Watts as counsel for Mr. Whittaker in this matter (Dkt. No. 15).

So ordered this 23rd day of July, 2025.

_____
Kristine G. Baker
Chief United States District Judge