## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MATTHEW WHITTAKER                                                    PLAINTIFF

v.                              Case No. 4:24-cv-00960-KGB

EXPLORATORY VENTURES, LLC                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date and this Court's prior Orders, it is considered, ordered, and adjudged that judgment is entered in favor of defendant Exploratory Ventures, LLC on plaintiff Matthew Whittaker's negligence claim (Dkt. No. 54).  The Court dismisses Mr. Whittaker's claim with prejudice; the relief requested is denied (*Id*.).

So adjudged this 2nd day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge