## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MATTHEW WHITTAKER**                                                    **PLAINTIFF**

**v.**                            **Case No. 4:24-cv-00960-KGB**

**EXPLORATORY VENTURES, LLC**                                      **DEFENDANT**

### <u>ORDER</u>

Before the Court is defendant Exploratory Ventures, LLC's ("EV") motion *in limine* No. 2 regarding ownership and control of casing equipment (Dkt. No. 69).  EV filed its motion *in limine* No. 2 after the Court granted EV's motion for summary judgment on plaintiff Matthew Whittaker's negligence claim in an Opinion and Order filed June 1, 2026 (Dkt. No. 68).  Because the Court granted EV summary judgment, the Court denies as moot EV's motion *in limine* No. 2 (Dkt. No. 69).

So ordered this 2nd day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge